1  KENNETH H. WINE(#142385)
   Hallinan & Wine
2  345 Franklin Street
   San Francisco, CA  94102
3  Telephone:  (415) 621-2400

4  Counsel for LORENZO ROBLES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 06-0181-02 VRW |
|---|---|---|
| Plaintiff, | ) | ORDER TO CONTINUE SENTENCING DATE |
| v. | ) | |
| LORENZO ROBLES, | ) | |
| Defendant. | ) | |

**ORDER**

GOOD CAUSE APPEARING, the sentencing date for Defendant Lorenzo Robles shall be continued from Tuesday, November 7, 2006 to Tuesday, January 23, 2007 at 10:30 a.m.

IT IS SO ORDERED.

DATED: November 7, 2006

_____
Hon. Vaughn R. Walker
United States District Court

ORDER