KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400

Counsel for LORENZO ROBLES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LORENZO ROBLES,<br>Defendant. | CR 06-0181-02 VRW<br><br>STIPULATION TO CONTINUE SENTENCING DATE AND ORDER |

THE PARTIES HERETO STIPULATE:

1. The sentencing date for Mr. Robles is currently scheduled for March 13, 2007.

2. The AUSA assigned to the case, Michael Nerney, has resigned and the case is being reassigned to another AUSA.

3. The Defendant and the United States agree that an additional month is necessary in order for the parties to have time to examine the sentencing issues, and to adequately prepare the necessary sentencing briefs and motions to be made.

DATED: March 6, 2007

/s/Kenneth H. Wine
Kenneth H. Wine, Esq.
Attorney for Defendant
LORENZO ROBLES

DATED: March 7, 2007

/s/ Garth Hire
Garth Hire, Esq.
Attorney for Plaintiff
UNITED STATES

**ORDER**

GOOD CAUSE APPEARING, the sentencing date for Defendant Lorenzo Robles shall be continued from Tuesday, March 13, 2007 to Tuesday, April 24, 2007 at 10:30 a.m.

IT IS SO ORDERED.

DATED: March 8, 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Vaughn R Walker

Hon. Vaugh[illegible]
Unite[illegible]