SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7158
   Facsimile: (415) 436-6982
   Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No.: CR 06-181 VRW |
|---|---|
| Plaintiff, | ) PARTIES' STIPULATION AND |
| | ) PROPOSED ORDER CONTINUING |
| | ) THE SENTENCING DATE |
| LORENZO ROBLES, | ) **Sentencing set for June 19, 2007 at 10:30am** |
| Defendant. | ) |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The defendant is presently scheduled to be sentenced on May 1, 2007. However, both parties are requesting that sentencing be continued until June 5, 2007.

2. The sentencing in this matter involves consideration of a motion made pursuant to U.S.S.G. § 5K1.1. This case was prosecuted by former Assistant United States Attorney Michael Nerney. Recently, it was reassigned to Assistant United States Attorney Jerich.

3. Accordingly, the parties require additional time to discuss the matter and determine a fair and appropriate recommendation pursuant to U.S.S.G. § 5K1.1. For example, the United States requires additional documents and additional time to consult with defense counsel regarding this matter.

STIPULATION AND PROPOSED ORDER
CR 05-555 CRB

1  4.  The ~~parties respectfully request that~~ the matter is calendared for ~~June 5, 2007 for~~ sentencing on
2  ~~sentencing at 10:00 a.m.~~  **June 19, 2007 at 10:30 a.m.**
3
4  SO STIPULATED.
5  DATED: April 17, 2007                    Respectfully Submitted,
6
7
8                                           /s/_____
                                            SUSAN R. JERICH
                                            Assistant United States Attorney
9  DATED: April 17, 2007
10
11                                          /s/_____
                                            KENNETH WINE
                                            Counsel for Defendant
12
13  PURSUANT TO STIPULATION, IT IS SO ORDERED.
14  DATED:  4/17/2007
15                                          HON.
                                            Chief J.                            Court
16

**IT IS SO ORDERED AS MODIFIED**
Judge Vaughn R Walker

STIPULATION AND PROPOSED ORDER
CR 05-555 CRB                                2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed Order in the case of United States v. Ricardo Manzo-Rangel, CR 05-555 CRB was served today as follows:

<div style="margin-left:2em">Hand Delivery<br>
Michael Stepanian, Esq.</div>

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____ at _____, California.

<div style="margin-left:20em">_____<br>
Rawaty Yim<br>
United States Attorney's Office</div>

STIPULATION AND PROPOSED ORDER
CR 05-555 CRB                                    3